**Danielle R. Peay**
California State Bar No. 263694
105 West "F" Street, Suite 215
San Diego, CA 92101
Telephone: (619) 231-4330
daniellerpeay@gmail.com
Attorney for Eddy Valencia

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>EDDY VALENCIA,<br><br>Defendant. | Case No.: 22CR1217-RBM<br><br>**EX PARTE MOTION TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |

The defendant, Eddy Valencia, by and through his counsel, Danielle R. Peay, hereby moves this Court for an Order to closing the interest bearing account and to disburse funds in the amount of $500.00 to Maria Jimenez-Ortega.

This Ex Parte Motion is based upon the attached Declaration of Counsel.

Respectfully submitted,

Dated: June 29, 2022

*s/Danielle R. Peay*
DANIELLE R. PEAY
Attorney for Mr. Valencia