**Danielle R. Peay**
California State Bar No. 263694
105 West "F" Street, Suite 215
San Diego, CA 92101
Telephone: (619) 231-4330
daniellerpeay@gmail.com
Attorney for Eddy Valencia

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>EDDY VALENCIA,<br><br>Defendant. | Case No.: 22CR1217-RBM<br><br>**DECLARATION OF COUNSEL** |

I, DANIELLE R. PEAY, hereby declare as follows:

(1) I was appointed by the Criminal Justice Act to represent defendant Eddy Valencia in the above-entitled criminal matter;

(2) On May 6, 2022, the Honorable William V. Gallo, set a bond as to Mr. Valencia in the amounts of $15,000.00 personal surety, secured by two financially responsible related adults with a $500.00 cash deposit;

(3) On June 13, 2022, the U.S. Attorney's office approved the proposed bond packet submission. On the same day, proposed surety Maria Jimenez-Ortega deposited the required $500.00 with the Clerk of the Court (receipt # CAS138530).

(4) On June 14, 2022, Judge Gallo rejected the bond based on the net worth of the two sureties.

(5) For the above- stated reasons, it is requested that the cash deposit of $500.00 be returned to the proposed surety, Maria Jimenez-Ortega.

I declare, under penalty of perjury, the above to be true and correct to the best of my information and belief.

Respectfully submitted,

Dated: June 29, 2022

*s/Danielle R. Peay*
DANIELLE R. PEAY
Attorney for Mr. Valencia