DANIELLE R. PEAY
Calif. Bar No. 263694
105 West "F" Street, Suite 215
San Diego, CA 92101
Telephone: (619) 231-4330
daniellerpeay@gmail.com

**Attorney for Defendant**
**Eddy Valencia**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EDDY VALENCIA,<br>ASHLEY OSUNA SALGUERO<br>Defendants. | Case No.: 22CR1217-RBM<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

**COMES NOW** the defendants, Eddy Valencia and Ashley Osuna Salguero, by and through their counsels, Danielle R. Peay and Theodore J. Torres, and the plaintiff, United States of America, by and through its counsel, Syeda Sarah Akhtar, Assistant United States Attorney, and, and hereby jointly move to continue the Motion Hearing scheduled for August 5, 2022 at 9:00 a.m., to September 9, 2022 at 9:00 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Section 3161(h) excludes certain periods of time in calculating the 70 days. That includes delay resulting from a continuance if the court finds "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The court must "set[] forth … either orally or in writing, its reasons" for the finding. *Id*. The court "shall consider" the following factors, "among others":

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (ii) Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.
>
> ****
>
> (iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the existence of due diligence.
>
> U.S.C. § 3161(h)(7)(B)

"No continuance under [this provision] shall be granted because of general congestion of the court's calendar, or lack of diligent preparation or failure to

obtain available witnesses on the part of the attorney for the Government." U.S.C. § 3161(h)(7)(C).

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, for the following reasons:

a. The motion hearing date was changed by the Court's own motion to a date that counsel for Mr. Valencia, Danielle R. Peay, had a previously planned trip out of the District.

b. This is the second request for a continuance of the Motion Hearing/Trial Setting in this case .

c. The parties are actively attempting to negotiate a resolution to this case.

d. The parties request a short continuance to determine if a resolution can be reached.

d. A discovery motion is on file.

e. The parties have exercised due diligence.

For reasons above, failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice.

Counsel for defendant represents that she has discussed the need for this

continuance with Ms. Akhtar. Ms. Akhtar agrees to and joins in the request for this continuance.

The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act. The parties agree the period of delay excluded spans from the filing of this joint motion, U.S.C. § 3161(h)(1)(D), until the new date for the hearing.

Respectfully submitted,

Dated: 8/3/22

s/*Danielle R. Peay*
DANIELLE R. PEAY
Attorney for Defendant
Eddy Valencia
Email: daniellerpeay@gmail.com

Dated: 8/3/22

s/*Theodore J. Torres*
THEODORE J. TORRES
Attorney for Defendant
Ashley Osuna Salguero
Email: theo_torres@fd.org

Dated: 8/3/22

s/*Syeda Sarah Akhtar*
SYEDA SARAH AKHTAR
Assistant United States Attorney
UNITED STATES OF AMERICA
Email: syeda.akhtar@usdoj.gov